IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AMY LYNN CAMPBELL,

        Plaintiff,

v.           No. CV 21-686 CG

KILOLO KIJAKAZI,[1]
Commissioner of the
Social Security Administration,

        Defendant.

## ORDER GRANTING UNOPPOSED
## MOTION TO EXTEND BRIEFING DEADLINES

**THIS MATTER** is before the Court on Plaintiff Amy Lynn Campbell's *Unopposed Motion for Extension of Time to File Motion to Reverse and Remand to the Agency* (the "Motion"), (Doc. 17), filed January 28, 2022. In the Motion, Ms. Campbell explains that due to the "overall workload" of counsel, "briefing cannot be completed in time to meet the current due date," and that she therefore seeks an extension of thirty days. (Doc. 17 at 1). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff is granted through **February 28, 2022**, to serve her Motion to Reverse and Remand for a Rehearing with Supporting Memorandum.

**IT IS FURTHER ORDERED** that Defendant is granted through **April 29, 2022**, to serve her Response, and Plaintiff through **May 13, 2022**, to serve her Reply.

---

[1] Kilolo Kijakazi was appointed Acting Commissioner of the Social Security Administration on July 9, 2021.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE